JOSEPH D. MARCHAND, ESQUIRE, TRUSTEE
117-119 West Broad Street
P.O. Box 298
Bridgeton, New Jersey 08302
(856) 451-7600
Attorney for Trustee

---

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of: | : | IN PROCEEDING UNDER CHAPTER 7 |
| | : | OF THE U.S. BANKRUPTCY CODE |
| Stephen & Patricia Pressey, | : | |
| | : | CASE NO.    12-15215/GMB |
| Debtor(s) | : | |
| | : | |

**NOTICE OF MOTION BARRING AND EXPUNGING
CLAIMS IN CREDITOR REGISTER
Hearing Date:  January 6, 2015 @ 10:00 a.m.**

---

**TO:    ALL PARTIES LISTED ON ATTACHED MAILING MATRIX**

Joseph D. Marchand, Esquire, attorney for the Chapter 7 Trustee, has filed papers with the Court for a Motion Barring and Expunging Claims in Creditor Register.  **Your rights might be affected.  You should read these papers carefully and discuss them with your attorney, if you have on in the bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to enter an Order regarding the Motion Barring and Expunging Claim in Creditor Register or if you want the Court to consider your views on the Motion, then on or before December 30, 2014, you or your attorney must:

File with the Court a written request for a hearing or response or answer explaining your position at the:

United Stated Bankruptcy Court
USPO & Courthouse Building
PO Box 2067
401 Market Street
Camden, NJ  08101-2067

1

If you mail your request/response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

Joseph D. Marchand, Esquire, Attorney for Trustee, 117-119 West Broad Street, PO Box 298, Bridgeton, New Jersey, 08302, as well as to all parties set forth on the attached Service List.

If you are opposing the Order the Trustee is seeking from the Court, you must attend the hearing scheduled to be held on **January 6, 2015, at 10:00 a.m.** before the Honorable Gloria M. Burns in the United States Bankruptcy Court, 401 Market Street, Camden, New Jersey, 08101.

If you do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Statement of Non-Necessity of Brief. The movant certifies pursuant to D.N.J. LBR 9013-2 that the within motion involves common questions of law and fact and does not involve complex or novel issues such as to require the submission of a legal brief.

Dated:  November 25, 2014         By:    /s/ Joseph D. Marchand
                                         Joseph D. Marchand, Esquire
                                         Attorney for Trustee