UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Trustee and Attorney for Chapter 7 Trustee
JM5998

Case No. 12-15215/GMB

In Re:

Stephen & Patricia Pressey

Debtor

Hearing date: January 6, 2015

Judge: Gloria M. Burns

ORDER BARRING AND EXPUNGING CLAIMS IN CREDITOR REGISTER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

Upon consideration of the application by Joseph D. Marchand, Esquire, Chapter 7 Trustee and Attorney for Trustee, for Stephen & Patricia Pressey an Order Barring and Expunging Claims in the Creditor Register, and good cause appearing therefore, it is hereby

**ORDERED THAT** the claims of the following creditors are hereby **Barred** for failure to file a Proof of Claim:

| | |
|---|---|
| AFNI, Inc | Barclay's Bank DE |
| Capital One for | Capital One for |
| Account ending with 8808 | Account ending with 6477 |
| CBNA | Citgo/CBNA |
| EAF, LLC for | EAF, LLC for |
| Account ending with 0118 | Account ending with 9939 |
| EAF, LLC for | GDYR.CBNA |
| Account ending with 7655 | HSBC Bank for |
| HSBC Bank for | Account ending with 7326 |
| Account ending with 4015 | HSBC for |
| Mercantile Adjustment Bureau | Account ending with 8970 |
| Metabnk/Fhut for | Metabnk/Fhut for |
| Account ending with 3223 | Account ending with 4718 |
| Nationwide Recovery Systems | NCO Fin/99 |
| New Century Financial for | New Century Financial for |
| Account ending with 1874 | Account ending with 1874 |
| North Shore Agency | Northfork |
| Portfolio | Prince-Parker Associates |
| Sunoco/CBN | TD Bank |
| Verizon, NJ | Virtua Health |
| WFNNB/Fashion Bug for | WFNNB/ Fashion Bug for |
| Account ending with 0629 | Account ending with 0629 |
| WFNNB/FBVI | WFNNB/Lane Bryant |
| Berlin Medical Associates | Ross Center for Orthopedics |
| Kinetic Drugs | Bonel Medical Equipment |
| Radiology Associates of NJ | Community Neurology Associates |

I**T IS FURTHER ORDERED THAT** the following creditors are hereby deemed to have properly filed **General Unsecured Nonpriority Claims**:

| | | | |
|---|---|---|---|
| **Claim #1** | Midland Credit Management, Inc. | (Unsecured) | $ 2,273.38 |
| **Claim #2** | Midland Credit Management, Inc. | (Unsecured) | $ 1,636.51 |
| **Claim #3** | Midland Credit Management, Inc. | (Unsecured) | $ 1,107.58 |
| **Claim #4** | Capital One Auto Finance | (Unsecured) | $ 4,679.89 |
| **Claim #5** | Midland Credit Management, Inc. | (Unsecured) | $ 585.09 |
| **Claim #6** | Midland Credit Management, Inc. | (Unsecured) | $ 1,300.12 |
| **Claim #7** | Midland Funding, LLC | (Unsecured) | $ 477.19 |
| **Claim #8** | Midland Funding, LLC | (Unsecured) | $ 824.92 |
| **Claim #9** | Midland Funding, LLC | (Unsecured) | $ 651.55 |
| **Claim #11** | Great Lakes Educational Loan Services | (Unsecured) | $ 17,424.01 |
| **Claim #12** | Capital One Bank (USA), NA | (Unsecured) | $ 3,502.31 |
| **Claim #13** | Portfolio Recovery Associates, LLC c/o Fashion Bug | (Unsecured) | $ 859.20 |
| **Claim #14** | Asset Acceptance, LLC | (Unsecured) | $ 1,670.16 |
| **Claim #15** | Merrick Bank | (Unsecured) | $ 908.50 |
| **Claim #16** | New Century Financial Services, Inc. | (Unsecured) | $ 1,572.47 |
| **Claim #17** | Jefferson Capital Systems, LLC | (Unsecured) | $ 461.57 |
| **Claim #18** | Jefferson Capital Systems, LLC | (Unsecured) | $ 583.81 |

**IT IS FURTHER ORDERED THAT** Claim #10 of Pharia, LLC is Expunged because the Proof of Claim is not Petitioner's Debt.

**IT IS FURTHER ORDERED THAT** Claim #19 of Navy Federal Credit Union shall be deemed a tardily filed general unsecured proof of claim in the sum of $5,664.61.

**IT IS FURTHER ORDERED THAT** Claim #20 of Navy Federal Credit Union shall be deemed a tardily filed general unsecured proof of claim in the sum of $6,170.71.